FERGUSON, Respondent, v. TOWN OF LEWISBORO, Appellant. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by Helen Margaret Ferguson, an infant, etc., against the Town of Lewisboro. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 149 App. Div. 232, 133 N. Y. Supp. 699; 140 N. Y. Supp. 1119.

FERGUSON, Respondent, v. TOWN OF LEWISBORO, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Helen Margaret Ferguson, an infant, etc., against the Town of Lewisboro. No opinion. Motion for leave to appeal to the Court of Appeals (from 140 N. Y. Supp. 1119) granted, without costs.

FIRST COMMERCIAL BANK OF PONTIAC v. VALENTINE et al. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by the First Commercial Bank of Pontiac against Moses M. Valentine and another. No opinion. Motion granted. Questions certified. Order filed. See, also, 139 N. Y. Supp. 1037.

In re FISCHER. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) In the matter of the petition of John Fischer for an inspection of the books and records of the Kaiser Garden Company. No opinion. Motion denied, with $10 costs.

FLOCKER v. HUDSON & M. R. CO. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Ludwig Flocker against the Hudson & Manhattan Railroad Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 1123.

FOGARTY v. FOGARTY. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Patrick A. Fogarty against William P. Fogarty. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 151 App. Div. 940, 135 N. Y. Supp. 1112.

FORD et al., Appellants, v. CLENDENIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by Nixola Greeley Smith Ford and another against Gabrielle G. Clendenin and others. No opinion. Judgment (137 N. Y. Supp. 54) affirmed, with costs, on the opinion of Mr. Justice Mills at Special Term.

· FORD MOTOR CO., Appellant, v. BOWRING & CO. et al., Respondents (two cases). (Supreme Court, Appellate Division, First Department. March 22, 1913.) Action by the Ford Motor Company against Bowring & Co.

and another. W. B. Crisp, of New York City, for appellant. J. H. Iselin and N. B. Beecher, both of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re FORREST. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) In the matter of the petition of J. W. Forrest, independent candidate for Representative in Congress in and for the Twenty-Eighth congressional district of the state of New York. No opinion. Order unanimously affirmed, with costs.

FORSELL, Respondent, v. TERWILLEGER, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Carl Forsell against Frank G. Terwilleger. No opinion. Judgment affirmed, with costs.

In re FT. COMFORT INN & REALTY CO. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) In the matter of the application of the Ft. Comfort Inn & Realty Company for a voluntary dissolution of the corporation.
PER CURIAM. Order modified, so that petitioner's motion shall be denied, without prejudice to the bringing of such action by the petitioner as he may be advised against the Rockland County Trust Company, both in its individual and representative capacity, and John F. MacFarlane, both individually and in his representative capacity, for the relief demanded in these proceedings, or such other and further relief as may be just, and, as so modified, the said order is affirmed, without costs.

FORYCIARSZ, Respondent, v. AMERICAN GYPSUM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Josephine Foryciarsz, as administratrix, etc., against the American Gypsum Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

FOX et al. v. PEACOCK et al. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Hugh C. Fox and others against George H. Peacock and another. No opinion. Motion granted, unless appellant complies with terms stated in order, and stay vacated. Order filed. See, also, 153 App. Div. 887, 138 N. Y. Supp. 535.

FREEMAN et al., Respondents, v. INTERNATIONAL PULP CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Action by Frank N. Freeman and another against the International Pulp Company. No opinion. Order affirmed, with $10 costs and disbursements.

In re FROMME. (Supreme Court, Appellate Division, First Department. March 28, 1913.)